# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 25, 2005

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

No. 04-1396

| | |
|---|---|
| Patrick J. Munro and Claudette Munro, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *Plaintiffs-Appellants,* | |
| *v.* | No. 02 C 420 |
| Golden Rule Insurance Company, | Patricia J. Gorence, |
| *Defendant-Appellee.* | *Magistrate Judge.* |

## ORDER

The slip opinion issued in the above-entitled case on December 27, 2004 is hereby amended as follows:

Page 3, the last sentence of the last paragraph is withdrawn and in its place is substituted with the following language.

Therefore, the judgment of the district court is VACATED, and we REMAND this case to the district court with directions to remand the case to state court for lack of federal subject matter jurisdiction.